EMILY K. SCHUESSLER, as Administratrix of the Estate of ALFRED M. SCHUESSLER, Deceased, Respondent, v. NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY, Appellant. FREDERICKA SCHASEL, as Administratrix of the

Estate of WALTER A. SCHASEL, Deceased, Respondent, v. NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order, after a disagreement by the jury, denying defendant's motion in each action for a dismissal of the complaint and for a directed verdict, in a railroad negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.